838    SUPREME COURT OF GEORGIA.

The East Tennessee, Virginia and Georgia Railroad *vs.* Prather *et al.*; etc.

## THE EAST TENNESSEE, VIRGINIA AND GEORGIA RAILROAD *vs.* PRATHER *et al.*

Although the weight of the evidence, on the trial before a jury in a justice's court, may have been clearly against the verdict, yet, if there was some evidence to support it, and the judge of the superior court refused to grant a new trial on *certiorari*, this court will not interfere with his discretion in so doing.

Judgment affirmed.

March 10, 1885.

BLANDFORD, Justice.

## LEARY & COMPANY *vs.* McDONOUGH & COMPANY.

Where both the complainants and the defendants claimed the right to use certain lots of land and the pine timber thereon, complainants claiming it for the purpose of making turpentine and defendants for the purpose of sawing lumber, there was no abuse of discretion in refusing the injunction, but requiring the defendants to give a bond in the sum of $2,000 to indemnify the complainants for any damages which they might sustain by the trespass of defendants upon any of their legal rights.

Judgment affirmed.

March 17, 1885.

JACKSON, Chief Justice.

## MADDOX *vs.* PIERCE.

G. wished to procure credit from P., but was refused. M., who had G. in his employment at the time, told P. to let G. have goods, and he would see it paid. The credit was given to M., and was refused to be given to G.:

*Held*, that such promise on the part of M. was an original undertaking, and not an agreement to answer for the debt or default of another. His promise to see it paid was the same as a promise to pay it himself, and so both parties understood the transaction at the time. 73 *Ga.*, 739.

Judgment affirmed.

March 10, 1885.

BLANDFORD, Justice.